# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GERALD DEAN SCOTT

VERSUS

GERRY LANE ENTERPRISES, INC.,
DUSTIN N. RUTHERFORD, NEW YORK
MARINE AND GENERAL INSURANCE
COMPANY, XYZ INSURANCE COMPANY, AND
USAA GENERAL INDEMNITY COMPANY

NO.  2025 CW 0569

**OCTOBER 6, 2025**

---

In Re:   Gerry Lane Enterprises, Inc. and New York Marine and
         General Insurance Company, applying for supervisory
         writs, 19th Judicial District Court, Parish of East
         Baton Rouge, No. 727287.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.** The requirements set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam) are not met.

**HG**
**TPS**

McClendon, C.J., dissents and would grant the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT